JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KATRINA L. SCRIMSHER,

      Plaintiff,

    v.

EXPERIAN INFORMATION
    SOLUTIONS, INC.,

      Defendant.

Case No. 8:25-cv-02261-JWH-ADSx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 26] entered on or about March 26, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     This action, including all claims asserted herein, is **DISMISSED**.

2.     To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:___June 1, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-